**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*c/o Social Security Administration*
*6401 Security Boulevard*
*Baltimore, MD 21235*
*karen.fiszer@ssa.gov*
*(212) 264-2277*

8/27/2026

By CM/ECF

Request granted. The Commissioner's response shall be filed by **September 27, 2026**.

SO ORDERED:
8/27/2026
HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Honorable Robert W. Lehrburger
U.S. Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lettisa Rutledge v. Comm'r of Soc. Sec.,* 1:26-cv-05217-JMF-RWL (S.D.N.Y.)
Request for extension of time to respond to Plaintiff's complaint

Dear Judge Lehrburger:

This Office represents the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny Plaintiff's application for benefits. Pursuant to the Federal Supplemental Rules for Social Security Cases, the Commissioner is to file a response to Plaintiff's complaint by August 28, 2026. The undersigned respectfully requests a 31-day extension of this deadline to September 27, 2026, to file the response to Plaintiff's complaint.

This is the Commissioner's first request for an extension of time to file the Commissioner's response to Plaintiff's complaint. The extension is necessary because the documents required to file the response have not yet been finalized due to administrative delay. On August 25, 2026, the undersigned emailed Plaintiff, who previously consented to electronic service (*see* ECF Dkt. No. 3), to ask for her consent to this request for extension. Plaintiff has not responded to this email.

Additionally, the undersigned apologizes for failing to file this request for extension of time at least 48 hours prior to the current deadline for the Commissioner's response to Plaintiff's complaint, in accordance with Your Honor's Individual Rules of Civil Practice. This inadvertent delay was due to technical difficulties in filing this letter motion.

The undersigned thanks the Court for its consideration of this request, and apologizes to the Court and to Plaintiff for the additional time required to respond to Plaintiff's complaint.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: s/ *Karen G. Fiszer*
Karen G. Fiszer
Special Assistant U.S. Attorney
c/o Social Security Administration
Law & Policy | Program Litigation 2
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-2277
karen.fiszer@ssa.gov

cc (Via ECF):

Lettisa Willis Rutledge
Plaintiff Pro Se
Lettisa4@gmail.com