UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LETTISA WILLIS RUTLEDGE, :

Plaintiff, : 26-CV-5217 (JMF) (RWL)

- against - :

**ORDER**

COMMISSIONER OF SOCIAL SECURITY, :

Defendant. :

---------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's motion for default and default judgment at Dkt. 15 is denied. The Commissioner has appeared, and the request for an extension of time to respond has been granted.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 15.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 3, 2026
New York, New York

Copies transmitted this date to all counsel of record.