UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LETTISA WILLIS RUTLEDGE,<br><br>Plaintiff,<br><br>- against -<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | 26-CV-5217 (JMF) (RWL)<br><br>**ORDER** |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 28, 2026, the Commissioner filed a motion to dismiss. (Dkt. 17.) Plaintiff shall file her opposition by **October 28, 2026**. The Commissioner's reply, if any, shall be filed by **November 12, 2026**.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 8, 2026
New York, New York

Copies transmitted this date to all parties of record.