UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LETTISA WILLIS RUTLEDGE,

Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

26-CV-5217 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On September 28, 2026, the Commissioner filed a motion to dismiss based on Plaintiff's failure to exhaust administrative remedies. (Dkt. 17.) On October 15, 2026, Plaintiff filed her opposition attaching a copy of a Notice of Appeals Council Action, dated September 10, 2026, denying Plaintiff's request for appeal. (Dkt. 19.) Accordingly, by **October 26, 2026**, the Commissioner shall file a letter with the Court indicating whether he withdraws the motion to dismiss; and, if so, proposing a schedule for filing the administrative record and briefing on the merits. If the Commissioner does not withdraw the motion, then the reply date of November 12, 2026 shall remain as scheduled.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2026
New York, New York

Copies transmitted this date to all parties of record.