UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| LETTISA WILLIS RUTLEDGE, Plaintiff, | : | 26-CV-5217 (JMF) (RWL) |
| - against - | : | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, Defendant. | : | |

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Commissioner's request at Dkt. 21 to withdraw the motion to dismiss at Dkt. 17 is GRANTED.

As proposed by the Commissioner, the Commissioner shall file the certified administrative record by **November 9, 2026**.

Plaintiff shall file her brief in support of her motion for judgment on the pleadings by **January 8, 2027**.

The Commissioner's brief shall be filed by **February 7, 2027**.

Plaintiff's reply, if any, shall be filed by **February 28, 2027**.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 17.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: October 26, 2026
New York, New York

Copies transmitted this date to all parties of record.