UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

LETTISA WILLIS RUTLEDGE,

Plaintiff,

- against -

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---------------------------------------------------------------X

26-CV-5217 (JMF) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

Plaintiff's motion for default judgment at Dkt. 25 is denied. The Commissioner answered by filing the Administrative Record on November 9, 2026 at Dkt. 23. As per the Court's order dated October 26, 2026 at Dkt. 22, Plaintiff's brief in support of her motion for judgment on the pleadings is due by January 8, 2027. The Commissioner's brief is due by February 7, 2027. Plaintiff's reply brief, if any, is due by February 28, 2027.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 25.

SO ORDERED.

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2026
New York, New York

Copies transmitted this date to all parties of record.